Harry K. Jones, Appellee, v. Nina A. Pool, Individually and Trustee Under the Last Will and Testament of Sarah E. Jones, Deceased, Appellant.

Gen. No. 42,680.

opinion filed May 29, 1944. Miller, Kamenear & Margolis, for appellant; Leon N. Miller, of counsel; Henry A. Blouin, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.

Dr. Earl L. Richey, Appellant, v. Northwestern University, Appellee.

Gen. No. 42,819.

opinion filed May 29, 1944; rehearing denied June 12, 1944. Urban A. Lavery, for appellant; Ralph K. Ball and Poppenhusen, Johnston, Thompson & Raymond, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.